UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISABETH I. THIERIOT,<br><br>          Plaintiff,<br><br>     v.<br><br>DYNAMIC FENESTRATION,<br><br>          Defendant. | Case No.  25-cv-10833-AGT<br><br>**ORDER DIRECTING SERVICE** |

Earlier this year, the Court granted Plaintiff's *in forma pauperis* application, screened the complaint, and directed the U.S. Marshals Service (USMS) to serve Defendant with process. Dkts. 8, 10. USMS responded that it couldn't serve Defendant because Defendant is based in Canada and USMS "can only serve in the United States." Dkt. 14 at 1.

Because USMS cannot serve process abroad, the Court directs the Clerk of Court to serve Defendant by international mail, with a signed receipt required. *See* Fed. R. Civ. P. 4(f)(2)(C)(ii). Canada is a party to the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, Nov. 15, 1965, 20 U.S.T. 361, 658 U.N.T.S. 163, and hasn't objected to Article 10(a),[1] which permits service by postal channels. *See Underwood v. Coallier*, 2025 WL 2373276, at *1 (C.D. Cal. May 28, 2025)

---

[1] *See Canada – Central Authority & Practical Information, Hague Conference on Private Int'l Law*, https://www.hcch.net/en/states/authorities/details3/?aid=248 [https://perma.cc/NS7N-6SNT].

("Canada does not object to [Article 10(a) of] the Hague Convention and thus, foreign mail service by clerk of court to a Canadian defendant was proper.").

The Clerk shall mail a copy of the amended complaint (dkt. 9), the summons, and this order to Defendant at the following address:

> Dynamic Fenestration
> 30440 Progressive Way
> Abbotsford, British Columbia V2T 6W3
> Canada

Dkt. 12.

The Court won't reconsider its order granting Plaintiff's *in forma pauperis* application at this time. Dkt. 8. Having reviewed Plaintiff's supplemental declaration (dkt. 18), the Court remains satisfied that she "cannot pay the court costs and still afford the necessities of life." *Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015).

**IT IS SO ORDERED.**

Dated: July 10, 2026

_____
Alex G. Tse
United States Magistrate Judge